GEORGE RETZ, Appellant, v. NAT SMILEN, Respondent, and ELIZABETH MULRAIN, Defendant.— Order striking certain recitals from the judgment reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Judgment granting defendant Smilen's motion to dismiss the complaint as against him reversed on the law and the facts, costs to abide the event of the trial, and the motion denied, without costs. The refusal to grant the plaintiff a reasonable adjournment under the circumstances here was an abuse of discretion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

WHITE PLAINS SASH & DOOR Co., INC., Respondent, v. JOHN J. DOYLE and Others, Defendants, Impleaded with REAGAN & OTTAVIANO, INC., Respondent, Appellant; WALTER A. PHILLIPS, Respondent, and DETROIT FIDELITY AND SURETY COMPANY, Appellant, Respondent.— Judgment in so far as appealed from unanimously affirmed, with one bill of costs to respondents against appellant Detroit Fidelity and Surety Company. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

HENRY YEDOWITZ, Respondent, v. YONKERS RAILROAD COMPANY, Appellant. (Actions Nos. 1 and 2.) — Judgments of the City Court of Yonkers unanimously affirmed, with one bill of costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HERMAN BERKOWITZ, Respondent, v. MORRIS MAGOLNICK and BESSIE MAGOLNICK, Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

JOSEPH BERKOWITZ, an Infant, etc., Respondent, v. MORRIS MAGOLNICK and BESSIE MAGOLNICK, Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

BOCKAL DEVELOPMENT Co., INC., and KALBOC REALTY CORPORATION, Appellants, v. CHARLES KALB and ANNA KALB, Respondents.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

STEPHEN F. BURKARD, etc., Appellant, v. HAMPTON PINE BEACH, INC., and Others, Defendants; HAMPTON GROVE, INC., Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

JACOB CARNER, Respondent, v. WILLIAM CARNER, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

FRANK P. CLAIR, Plaintiff, v. HENRY WREGE, Appellant; HORACE S. GLASSER, Receiver, Respondent.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.

ANNA M. CUTHBERTSON, as Administratrix, etc., Respondent, v. AUGIE JENSEN and Another, Defendants; RUBEL COAL AND ICE CORPORATION, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.